Jason Schaefer 80560065
Federal Detention Center
P.O. Box 6000
Sheridan, Oregon 97378

# United States District Court
## District of Oregon

| | |
|---|---|
| Jason Paul Schaefer, <br> Petitioner, <br><br> -v- <br><br> United States Attorney's office of Portland, Oregon, <br> Respondent. | Case No. 3:20-cv-00897-SI <br><br> Petition for a Writ of Mandamus, or Writ of Execution, and Request For Review Pursuant to the Administrative Procedures Act |

## Introduction

This is a Petition For a Writ of Mandamus, or writ of Execution, Pursuant to The All Writs Act, 28 U.S.C. §1651, and a Respectful Request for Judicial Review of an Agency Inaction which violates a Federal District Court order, and an Agency Action which violates The Constitution, and Agency Regulations.

## Jurisdiction

This Honorable and Just District Court of Oregon has Jurisdiction under 28 U.S.C. §1651, and as a Respectful Request for review pursuant to the Administrative Procedures Act, Jurisdiction is had under Federal Question Jurisdiction, 28 U.S.C. 1331, and by Court order.

## Parties

1. Petitioner Jason Paul Schaefer is/was the Defendant in Federal Case No. 3:17-CR-00400-HZ. Jason Schaefer is currently incarcerated and held at the Sheridan Federal Detention Centre.

2. Respondent U.S. Attorney's office has, in an unusually cohesive manner, prosecuted Case 3:17-CR-00400-HZ.

## Summary of the Case

This petition and request for Judicial review orbit Federal Criminal Case 3:17-CR-00400-HZ. This Action focuses on one specific instance in the Federal Case, which is established on the Docket

as ECF #303, #308, #313, and #319.

Over the course of these Court Events, The United States was ordered to produce Declarations from every person associated with the Prosecution of Case 3:17-CR-00400-HZ, and to "make it's file available to the Defense".

ECF #319, Dated 9/17/2019, Specifically provided for "Defense Counsel shall notify the Court of any issues raised by it's review of the files... by 10/11/2019."

The United States produced NO Declaration of Billy Williams, who is/was associated with The Prosecution, never produced any part of the File, and the Defense has not been allowed to review the File.

## Argument and Prayer For Relief

The United States Attorney's office has abused it's administrative power by denying Petitioner Schaefer his Court-bestowed right to review their Case File. Petitioner Schaefer is therefore Aggrieved by This Final Agency Action.

The U.S. Attorney's office has a clear and specific duty, as imposed upon

them and delineated by The Honorable District of Oregon Court, to "make their File available to The Defense". The U.S. Attorney's office has no discretion to refuse this order and infringe upon the Petitioner's right to review the File.

Finally, The District Court of Oregon ordered the U.S. Attorney's office to prepare Declarations by every person associated with the prosecution of Case 3:17-CR-00400-HZ. The U.S. Attorney's office has not complied with this order either. Billy Williams has never produced a Declaration.

This Petition and Request For Judicial Review pursuant to The All Writs Act and the Administrative Procedures Act requests redress of this Agency Misconduct.

The U.S. Attorney's office should be compelled to adhere to the Court orders, and/or Held in Contempt and Sanctioned until they comply.

The U.S. Attorney's office could be Fined daily, and banned from practicing in The District of Oregon, as appropriate sanctions.

Until The U.S. Attorney's office complies with the Court Order, an Executive Regime remains constructed; a Cabal built upon the Usurpation of The American Judiciary.

Respectfully Submitted to this Just and Equitable District Court, of The District of Oregon.

This May 26, 2020

Jason Paul Schaefer 80560065

Federal Detention Center
P.O. Box 6000
Sheridan, Oregon 97378

Certified to be True and Correct, upon penalty for perjury.

5/26/2020

Jason Schaefer

At Sheridan, Oregon.

## ~ Certificate of Service ~

I hereby certify upon penalty for perjury that I have sent a copy of the attached petition to the Respondents at the U.S. Attorney's office by mail.

Jason Schaefer